**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| BRAKE PLUS LLC, *et al.* )<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>KINETECH. LLC, )<br>)<br>Defendant. )<br>_____ )<br>)<br>KINETECH. LLC, )<br>)<br>Third Party Plaintiff, )<br>)<br>vs. )<br>)<br>RICHARD BATTAGLINI, )<br>JEFF HAIL, )<br>DUSTIN SHEPHERD, )<br>BRAKESAFE REAR END COLLISION )<br>AVOIDANCE SYSTEM, LLC., )<br>*et al.* )<br>Third Party Defendants. )<br>_____ )<br>)<br>BRAKE PLUS LLC, )<br>)<br>Interested Party. ) | No. 1:14-cv-01415-TWP-MJD |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation Regarding Order of Default (Filing No. 64). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate

Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. The Court now enters Default against Defendants Richard Battaglini and Brakesafe Rear End Collision Avoidance System, LLC for their failure to comply with the Court's orders.

Date: 2/27/2015

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

BRAKESAFE REAR END COLLISION AVOIDANCE SYSTEM, LLC.
15589 N. 77th Street, Suite B
Scottsdale, AZ 85260

Fred Anthony Paganelli
tony@tonypaganelli.com

RICHARD BATTAGLINI
15589 N. 77th Street, Suite B
Scottsdale, AZ 85260

Jacob R. Cox
COX LAW OFFICE
jcox@coxlaw.org

Nicole Keller
COX LAW OFFICE
nkeller@coxlaw.org